THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD
  HAZLETT, Appellant, *v.* ALFRED T. WHITE, Commissioner
  of the Department of City Works of the City of Brooklyn,
  Respondent.

*People ex rel. Hazlett* v. *White*, 80 Hun, 603, affirmed.
(Argued November 30, 1896; decided December 15, 1896.)

APPEAL from an order of the General Term of the Supreme
Court in the second judicial department, entered September
7, 1894, which affirmed on certiorari the proceedings of the

## 638 MEMORANDA.

commissioner of city works of the city of Brooklyn, dismissing the relator from employment in that department.

*J. Stewart Ross* for appellant.

*Joseph A. Burr* for respondent.

Order affirmed, with costs; no opinion.
All concur.